IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERMOT MCDONNELL, | No. 4:20-CV-00242 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| OVERHEAD DOOR COMPANY, | |
| Defendant. | |

## ORDER

**AND NOW**, this 9th day of February 2022, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Overhead Door Company's Motion for Summary Judgment (Doc. 24) is **GRANTED**.

2. Final Judgment is entered in favor of Overhead Door Company and against Dermot McDonnell.

3. The Clerk of Court is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge